# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 16-27655 |
| | § | |
| MICHAEL KORAJDA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $605.00 | Assets Exempt: | $6,600.00 |
| Total Distributions to Claimants: | $1,792.99 | Claims Discharged Without Payment: | $49,638.60 |
| Total Expenses of Administration: | $1,277.44 | | |

3) Total gross receipts of $3,070.43 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $3,070.43 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,277.44 | $1,277.44 | $1,277.44 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,386.00 | $1,167.88 | $1,167.88 | $1,167.88 |
| General Unsecured Claims (from **Exhibit 7**) | $51,080.00 | $45,811.71 | $45,811.71 | $625.11 |
| **Total Disbursements** | $52,466.00 | $48,257.03 | $48,257.03 | $3,070.43 |

4). This case was originally filed under chapter 7 on 08/29/2016. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/06/2018</u>     By:   <u>/s/ David P. Leibowitz</u>
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Inventory of "Otaku Play Ltd" | 1129-000 | $3,000.00 |
| IL Unclaimed Funds | 1229-000 | $70.43 |
| **TOTAL GROSS RECEIPTS** | | **$3,070.43** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $767.61 | $767.61 | $767.61 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $18.14 | $18.14 | $18.14 |
| Green Bank | 2600-000 | NA | $12.98 | $12.98 | $12.98 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $465.00 | $465.00 | $465.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $13.71 | $13.71 | $13.71 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,277.44 | $1,277.44 | $1,277.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DEPARTMENT OF THE TREASURY | 5800-000 | $1,386.00 | $1,167.88 | $1,167.88 | $1,167.88 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,386.00 | $1,167.88 | $1,167.88 | $1,167.88 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | DEPARTMENT OF THE TREASURY | 7300-000 | $1,386.00 | $110.04 | $110.04 | $0.00 |
| 2 | American Express Bank FSB | 7100-900 | $42,615.00 | $42,615.09 | $42,615.09 | $582.89 |
| 3 | Portfolio Recovery Associates, LLC | 7100-900 | $270.00 | $327.17 | $327.17 | $0.00 |
|  | Clerk, US Bankruptcy Court (Claim No. 3; Portfolio Recovery Associates, LLC) | 7100-901 | $0.00 | $0.00 | $0.00 | $4.48 |
| 4 | Portfolio Recovery Associates, LLC | 7100-900 | $2,357.00 | $2,759.41 | $2,759.41 | $37.74 |
|  | CBNA | 7100-000 | $4,452.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $51,080.00 | $45,811.71 | $45,811.71 | $625.11 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 1  Exhibit 8

| Case No.: | 16-27655 | Trustee Name: | David Leibowitz |
| Case Name: | KORAJDA, MICHAEL | Date Filed (f) or Converted (c): | 08/29/2016 (f) |
| For the Period Ending: | 9/6/2018 | §341(a) Meeting Date: | 09/22/2016 |
| | | Claims Bar Date: | 01/17/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Honda Fit 2010 54,000 Jointly owned with mother | $3,030.00 | $0.00 | | $0.00 | FA |
| 2 | Desk and file cabinet | $100.00 | $100.00 | | $0.00 | FA |
| 3 | Flat screen TV, computer, printer, music collection, cell phone, 2 gaming systems | $450.00 | $405.00 | | $0.00 | FA |
| 4 | Tools | $100.00 | $100.00 | | $0.00 | FA |
| 5 | Necessary wearing apparel | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Checking Account Bank of America | $20.00 | $0.00 | | $0.00 | FA |
| 7 | Otaku Play Ltd | $0.00 | $0.00 | | $0.00 | FA |
| 8 | Inventory of "Otaku Play Ltd" | $7,356.00 | $4,051.00 | | $3,000.00 | FA |
| Asset Notes: | Amended schedule C (dkt 21) | | | | | |
| 9 | IL Unclaimed Funds (u) | $0.00 | $70.43 | | $70.43 | FA |
| Asset Notes: | Claim #6397892 | | | | | |

**TOTALS (Excluding unknown value)**

| | $11,256.00 | $4,726.43 | | $3,070.43 | **Gross Value of Remaining Assets** $0.00 |

**Major Activities affecting case closing:**

06/29/2018  2018 Reporting Period:
Trustee's Final Report was submitted on June 28, 2018.

**Initial Projected Date Of Final Report (TFR):** 10/09/2017   **Current Projected Date Of Final Report (TFR):**   /s/ DAVID LEIBOWITZ
                                                                                                              DAVID LEIBOWITZ

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No.: | 16-27655 |
| Case Name: | KORAJDA, MICHAEL |
| Primary Taxpayer ID #: | **-***1206 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 8/29/2016 |
| For Period Ending: | 9/6/2018 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******5501 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/07/2016 | (8) | KORAJDA, MICHAEL | Payment to purchase estate's interest in inventory (per order entered 11/08/2016, dkt #17) (1 of 6) | 1129-000 | $500.00 | | $500.00 |
| 12/21/2016 | (8) | KORAJDA, MICHAEL | Payment to purchase estate's interest in inventory (per order entered 11/08/2016, dkt #17) (2 of 6) | 1129-000 | $500.00 | | $1,000.00 |
| 12/30/2016 | | Green Bank | Bank Service Fee | 2600-000 | | $0.88 | $999.12 |
| 01/19/2017 | (8) | KORAJDA, MICHAEL | Payment to purchase estate's interest in inventory (per order entered 11/08/2016, dkt #17) (3 of 6) | 1129-000 | $500.00 | | $1,499.12 |
| 01/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.92 | $1,497.20 |
| 02/21/2017 | (8) | KORAJDA, MICHAEL | Payment to purchase estate's interest in inventory (per order entered 11/08/2016, dkt #17) (4 of 6) | 1129-000 | $500.00 | | $1,997.20 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.36 | $1,994.84 |
| 03/16/2017 | (8) | KORAJDA, MICHAEL | Payment to purchase estate's interest in inventory (per order entered 11/08/2016, dkt #17) (5 of 6) | 1129-000 | $500.00 | | $2,494.84 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.86 | $2,490.98 |
| 04/17/2017 | (8) | KORAJDA, MICHAEL | Payment to purchase estate's interest in inventory (per order entered 11/08/2016, dkt #17) (6 of 6) | 1129-000 | $500.00 | | $2,990.98 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $3.96 | $2,987.02 |
| 08/21/2017 | (9) | Treasurer | Unclaimed funds from State of Illinois | 1229-000 | $70.43 | | $3,057.45 |
| 08/09/2018 | 3001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $18.14 | $3,039.31 |
| 08/09/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $767.61 | $2,271.70 |
| 08/09/2018 | 3003 | Lakelaw | Claim #: ; Amount Claimed: $13.71; Distribution Dividend: 100.00%; | 3120-000 | | $13.71 | $2,257.99 |
| 08/09/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $465.00; Distribution Dividend: 100.00%; | 3110-000 | | $465.00 | $1,792.99 |
| 08/09/2018 | 3005 | DEPARTMENT OF THE TREASURY | Claim #: 1; Amount Claimed: $1,167.88; Distribution Dividend: 100.00%; | 5800-000 | | $1,167.88 | $625.11 |
| 08/09/2018 | 3006 | American Express Bank FSB | Claim #: 2; Amount Claimed: $42,615.09; Distribution Dividend: 1.37%; | 7100-900 | | $582.89 | $42.22 |
| | | | **SUBTOTALS** | | $3,070.43 | $3,028.21 | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No. | 16-27655 | | Trustee Name: | David Leibowitz |
| Case Name: | KORAJDA, MICHAEL | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1206 | | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 8/29/2016 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/09/2018 | 3007 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.48 | $37.74 |
| | | | Claim Amount $(4.48) | 7100-901 | | | $37.74 |
| 08/09/2018 | 3008 | Portfolio Recovery Associates, LLC | Claim #: 4; Amount Claimed: $2,759.41; Distribution Dividend: 1.37%; | 7100-900 | | $37.74 | $0.00 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $3,070.43 | $3,070.43 | $0.00 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| Subtotal | $3,070.43 | $3,070.43 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $3,070.43 | $3,070.43 | |

| For the period of 8/29/2016 to 9/6/2018 | | For the entire history of the account between 12/07/2016 to 9/6/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,070.43 | Total Compensable Receipts: | $3,070.43 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,070.43 | Total Comp/Non Comp Receipts: | $3,070.43 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $3,070.43 | Total Compensable Disbursements: | $3,070.43 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,070.43 | Total Comp/Non Comp Disbursements: | $3,070.43 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 3     Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No. | 16-27655 | Trustee Name: | David Leibowitz |
| Case Name: | KORAJDA, MICHAEL | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1206 | Checking Acct #: | ******5501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/29/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/6/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $3,070.43 | $3,070.43 | $0.00 |

**For the period of 8/29/2016 to 9/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,070.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,070.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,070.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,070.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 08/29/2016 to 9/6/2018**

| | |
|---|---|
| Total Compensable Receipts: | $3,070.43 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,070.43 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $3,070.43 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,070.43 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ